373 A.2d 1140

Commonwealth v. Vatter, Appellant.

Submitted November 8, 1976. David L. Robinson and R. Charles Thomas, for appellant; Donald E. Lewis, First Assistant District Attorney, and Ballard Smith, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1140

Commonwealth v. Williams, Appellant.

Submitted December 9, 1976. George Gershenfeld, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.